UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
RAMON HIDALGO,

                       Plaintiff,

    -against-

VILLFORD REALTY CORPORATION,

                      Defendant.
------------------------------------ x

ORDER APPROVING FLSA
SETTLEMENT

18 Civ. 10017 (GBD)

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: APR 2 2 2019]

GEORGE B. DANIELS, United States District Judge:

    The parties in this FLSA action have reached a settlement and jointly move this Court for an order approving the settlement and dismissing the case. (ECF No. 24.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $31,358 is approved;

2. The payment of attorneys' fees and expenses to Plaintiff's attorneys in the amount of $16,142 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

    The Clerk of Court is directed to close this case accordingly.

Dated: New York, New York
        April 18, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge